**United States District Court**
**Northern District of New York**

# JUDGMENT IN A CIVIL CASE

**JOSEPH ALLEN**
                    **Plaintiff**
        VS.                                        **5:07-CV-1132 (NAM) (GJD)**

**UNITED STATES OF AMERCIA**

                    **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court construed plaintiff Joseph Allen's Request for Return of Property as a claim for Civil Equitable Relief on 10/24/2007 and directed him to pay the required $350.00 filing fee, or file an in forma pauperis application within 30 days.  The plaintiff failed to comply with the Court Order, a second Order was issued on 1/22/2008 giving plaintiff an additional 30 days to comply with the Court's Order, plaintiff has failed to comply with either directive and therefore this action is hereby dismissed without further Order of the Court.

All of the above pursuant to the Orders of the Honorable Chief Judge Norman A. Mordue dated 10/24/2007 and 1/22/2008.


**APRIL 1, 2008**                                        **LAWRENCE K. BAERMAN**

**DATE**                                                 **CLERK OF COURT**

                                                        **s/**

                                                        **JOANNE BLESKOSKI**
                                                        **DEPUTY CLERK**